Eva R. Gardner
Benjamin J. Farkash
ASHBURN & MASON, P.C.
1227 West Ninth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
E-mail: eva@anchorlaw.com, ben@anchorlaw.com
*Attorneys for Plaintiff Marilyn Stewart*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| MARILYN STEWART, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ALASKA STATE COMMISSION FOR HUMAN RIGHTS, | ) Case No.: 3:22-CV-00235-JMK |
| Defendant. | ) |

## JOINT NOTICE OF PENDING SETTLEMENT

The parties mediated on October 2, 2023, and are currently finalizing a settlement. They will file a status update within 14 days.

ASHBURN & MASON, P.C.
Attorneys for Marilyn Stewart

DATED: October 25, 2023

By: s/*Eva R. Gardner*
Eva R. Gardner
Alaska Bar No. 1305017
Ben J. Farkash

JOINT NOTICE OF PENDING SETTLEMENT
*Marilyn Stewart vs. Alaska State Commission Human Rights* 3:22-CV-00235-JMK    Page 1 of 2

Case 3:22-cv-00235-JMK   Document 19   Filed 10/25/23   Page 1 of 2

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 • FAX 907.277.8235

                Alaska Bar No. 1911095

                TREG TAYLOR
                ATTORNEY GENERAL

DATED: October 24, 2023   By: /s/Andy C. Miller
                Andy C. Miller
                Assistant Attorney General
                Alaska Bar No. 1011106

**CERTIFICATE OF SERVICE**
I hereby certify that on October 25, 2023, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case 3:22-cv-00235-JMK who are registered CM/ECF users will be served by the CM/ECF system.

ASHBURN & MASON

By: s/*Maarit Cain*
   Maarit Cain

JOINT NOTICE OF PENDING SETTLEMENT
*Marilyn Stewart vs. Alaska State Commission Human Rights* 3:22-CV-00235-JMK  Page 2 of 2
Case 3:22-cv-00235-JMK Document 19 Filed 10/25/23 Page 2 of 2