IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MARILYN STEWART, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ALASKA STATE COMMISSION FOR HUMAN RIGHTS, | ) Case No.: 3:22-CV-00235-JMK ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE TRIAL DATE AND STAY LITIGATION

The Court GRANTS the parties' Joint Motion to Vacate Trial Date and Stay Litigation. In light of the parties' settlement and the need for legislative approval, the current trial date is VACATED and this litigation is STAYED. The parties shall file a joint status report on July 31, 2024 or promptly after the end of the 2024 session of the Alaska Legislature, whichever is sooner.

IT IS SO ORDERED.

DATED:_____    By: _____
                                    Hon. Joshua M. Kindred
                                    United States District Judge

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

**CERTIFICATE OF SERVICE**

I hereby certify that on November _, 2023, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case 3:22-cv-00235-JMK who are registered CM/ECF users will be served by the CM/ECF system.

ASHBURN & MASON

By: s/Maarit Cain
　　　Maarit Cain

PROPOSED ORDER GRANTIGN JOINT MOTION TO VACATE TRIAL DATE AND STAY LITIGATION
*Marilyn Stewart vs. Alaska State Commission Human Rights* 3:22-CV-00235-JMK　　　Page 2 of 2
Case 3:22-cv-00235-JMK　Document 20-1　Filed 11/08/23　Page 2 of 2